# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04242-CAP-JSA
## Darden v. Flagship Credit Acceptance LLC
## Honorable Justin S. Anand

Minute Sheet for proceedings held on 02/18/2021.

TIME COURT COMMENCED: 2:14 P.M.
TIME COURT CONCLUDED: 2:20 P.M.          TAPE NUMBER: AT&T conference
TIME IN COURT: 0:6                        DEPUTY CLERK: Cheryl Jenkins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Grant Schnell representing Flagship Credit Acceptance LLC<br>** Karin Oko representing Flagship Credit Acceptance LLC |
| PROCEEDING CATEGORY: | Telephone Conference(Settlement Conference); |
| MINUTE TEXT: | The Court scheduled a mandatory telephone conference with the parties on the subject of case scheduling, specifically relating to Defendant's Sixth Motion for Extension of Time to response to the Complaint [15]. Defendant participated in the conference, but although the Court waited nearly fifteen (15) minutes beyond the scheduled time to adjourn the conference, Plaintiff never participated as required. The Court advised Defendant that, based on Plaintiff's violation of the Court's order to participate in the conference, it would issue a Report and Recommendation recommending that this action be dismissed without prejudice based on want of prosecution. |
| HEARING STATUS: | Hearing Concluded |