UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARLOS DARDEN, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:20-CV-4242-CAP |
| FLAGSHIP CREDIT ACCEPTANCE, LLC, | |
| Defendant. | |

## **O R D E R**

This action is before the court on the report and recommendation ("R&R") of the magistrate judge [Doc. No. 19], which recommends dismissal of this action for want of prosecution. No objections have been filed. Finding no error in the R&R, the court HEREBY ADOPTS it as the order and opinion of this court.

**SO ORDERED** this 11th day of March, 2021.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge